IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:07-CR-97-BO-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| STACY DEONE LUCAS | ) | |

In light of Mr. Lucas's letter to the Court of February 21, 2012 [DE 55], in which he requests "guidance on the mandatory minimum sentencing," the Office of the Federal Public Defender is hereby DIRECTED to review the letter.

If, in its discretion, the Office of the Federal Public Defender believes that Mr. Lucas asserts challenges to his conviction based on the recent decision of *United States v. Simmons*, 649 F.3d 237 (4th Cir. 2011) (en banc), pursuant to Standing Order No.11-SO-3 (E.D.N.C. Oct. 18, 2011), the Office of the Federal Public Defender is DIRECTED to take appropriate action pursuant to the Standing Order. The Clerk is DIRECTED to serve the Office of the Federal Public Defender with a copy of this Order.

SO ORDERED. This 8 day of March, 2012.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE