# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina

FILED IN OPEN COURT
ON ___4/11/2013___ ⟨b⟩
**Julie A. Richards, Clerk**
**US District Court**
**Eastern District of NC**

United States of America
v.
Stacy Deone Lucas

)
)
)
)
)
)
)
)
)

Case No:   5:07-CR-97-1BO

USM No:   50721-056

Date of Original Judgment:          November 16, 2007
Date of Previous Amended Judgment:   _____
*(Use Date of Last Amended Judgment if Any)*

Thomas P. McNamara
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10
and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected
in the last judgment issued)* of _____ months **is reduced to** _____

The offense(s) of conviction does not involve crack cocaine.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served"
sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated November 16, 2007
shall remain in effect. **IT IS SO ORDERED.**

Order Date:   4-11-13

*Judge's signature*

Effective Date:   _____
     *(if different from order date)*

Terrence W. Boyle, U.S. District Judge
     *Printed name and title*

EDNC Rev. 11/8/2011